Jennifer C. Kalvestran, State Bar No. 14385
**GBM Law, P.C.**
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
Telephone: (602) 792-5700
Facsimile: (602) 792-5710
E-mail Address: jkalvestran@gbmlawpc.com

*Attorneys for Defendant*
*American Family Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CELINA GONZALEZ, individually and for minors, PRISCILLA MONARREZ and VICTOR MONARREZ, JR., <br> Plaintiffs, <br> v. <br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, <br> Defendant. | Case No.: 3:17-CV-231 <br><br> **SUBSTITUTION OF ATTORNEY** |

Defendant American Family Mutual Insurance Company hereby substitutes Jennifer C. Kalvestran, 7575 Vegas Drive, Suite 150, Las Vegas, NV 89128, 602-792-5700, as attorney of record in place and stead of Kevin C. Barrett.

Dated this 11th day of January, 2018.

By: /s/ Heather Seiferth
Heather Seiferth
Representative for American Family
Mutual Insurance Company

////

I consent to the above substitution.

Dated this __11__ day of January, 2018.

By: _____
Kevin C. Barrett
Present Attorney

I am duly admitted to practice in this District. Above substitution accepted.

Dated this __11__ day of January, 2018.

By: _____
Jennifer C. Kalvestran
New Attorney

Please check one: __X__ RETAINED, or ____ APPOINTED BY THE COURT.

APPROVED:

DATED: January 11, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2