Jennifer C. Kalvestran, Esq.
Nevada Bar No. 14385
**GUST ROSENFELD, P.L.C.**
3651 Lindell Road, Suite D763
Las Vegas, NV 89128
Telephone: 602-257-7430
Fax: 602-254-4878
jkalvestran@gustlaw.com
*Attorneys for Defendant American Family Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CELINA GONZALEZ, individually and for minors, PRISCILLA MONARREZ and VICTOR MONARREZ, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 3:17-CV-231-HDM-WGC <br><br> **STIPULATION FOR DISMISSAL** |

It is hereby stipulated and agreed by and between Plaintiffs Celina Gonzalez individually, and for minors, Priscilla Monarrez and Victor Monarrez, Jr. and Defendant American Family Mutual Insurance Company, through their respective counsel, to dismiss this lawsuit and all claims and causes of action asserted therein, **with prejudice**, and that each party waives any right to attorneys' fees and costs from the other party.

////

DATED this 3rd day of May, 2018.

PETER A. TOMAINO, INC.

By: /s/ Arthur J. Bayer, Jr.
Arthur J. Bayer, Jr., Nevada Bar No. 1366

Attorneys for Plaintiffs Celina Gonzalez individually, and for minors, Priscilla Monarrez and Victor Monarrez, Jr.

GUST ROSENFELD, P.L.C.

By: /s/ Jennifer C. Kalvestran
Jennifer C. Kalvestran, Nevada Bar No. 14385

Attorneys for Defendant American Family Mutual Insurance Company

IT IS SO ORDERED.

DATED: June 4, 2018

_Howard D. McKibben_
United States District Judge